In re Estate of Lucian E. Williams, Deceased.
Philip S. Allen, Executor of Will of Lucian E. Williams, Deceased, et al., Appellants, v. Lucile S. Williams et al., Appellees.

Gen. No. 42,922.

Heard in the third division, first district, this court at the December term, 1943; opinion filed February 14, 1945; released for publication March 5, 1945. Thomas H. Fisher and Norman Crawford, for appellants; Poppenhusen, Johnston, Thompson & Raymond, I. B. Lipson and Joseph A. Golde, for appellees; Edward R. Johnston, of counsel. Opinion by JUSTICE LUPE. Not to be published in full.